IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-469-K |
| | § | |
| MAURA TRACY HEALEY, Attorney General of Massachusetts in her official capacity, | § § § § | |
| Defendant. | | |

## ORDER

The Court hereby appoints Mr. James Stanton with Stanton Law Firm PC, 9400 N. Central Expressway, Ste. 1304, Dallas, Texas 75231 as mediator in this case. The parties are **ordered** to mediate with Mr. Stanton **within sixteen (16) days from the date of this Order** at Mr. Stanton's earliest convenience and direction. The Court further **orders** all attorneys and their clients to be present as well as representatives with full settlement authority, unless otherwise directed by Mr. Stanton.

**SO ORDERED.**

Signed September 22, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1