IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 4:16-CV-469-K |
| ERIC TRADD SCHNEIDERMAN, Attorney General of New York, in his official capacity, and MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity, | § § § § § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendant Massachusetts Attorney General Maura Healey's Motion to Reconsider Jurisdictional Discovery Order (Doc. No. 78) and Attorney General Healey's Motion to Vacate and Reconsider November 17 Order, Stay Discovery, and Enter a Protective Order (Doc. No. 120). After careful consideration, the Court **DENIES** Defendant's Motions.

**SO ORDERED.**

Signed December 5th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1