IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:16-CV-469-K |
| § | |
| ERIC TRADD SCHNEIDERMAN, § | |
| Attorney General of New York, in his § | |
| official capacity, and MAURA TRACY § | |
| HEALEY, Attorney General of § | |
| Massachusetts, in her official capacity, § | |
| § | |
| Defendants. § | |
| § | |
| § | |

## ORDER

Before the Court are: (1) Defendant New York Attorney General's Motion to Quash and for a Protective Order (Doc. No. 135); and (2) Defendant Attorney General Healey's Motion for a Stay Pending Appellate Review and Points and Authorities in Support of the Request (Doc. No. 140) (collectively "Defendants' Motions").

1

After careful consideration of Defendants' Motions, the responses, the replies, the supporting appendices, and the applicable law, the Court **DENIES** Defendants' Motions and all requested relief.

**SO ORDERED.**

Signed December 9th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE