USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EXXON MOBIL CORPORATION,

                 Plaintiff,

-against-

ERIC TRADD SCHNEIDERMAN, Attorney General of New York, in his official capacity, and MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity,

                 Defendants.
------------------------------------------------------------- X

17-CV-2301 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 29, 2017 the District Court for the Northern District of Texas transferred this case to the Southern District of New York where it was assigned to the Undersigned, Dkts. 180, 181;

IT IS HEREBY ORDERED that the following motions are DENIED WITHOUT PREJUDICE AS MOOT: Plaintiff's Motion for Preliminary Injunction, Dkt. 8; the state of Maryland's Motion for Leave to Proceed Without Local Counsel, Dkt. 45; and the state of Maryland's Motion on behalf of Proposed *Amici* States for Leave to File a Memorandum of Law in Support of Defendant's Motion to Dismiss and In Opposition to Plaintiff's Motion for Preliminary Injunction, Dkt. 46.  The Clerk of the Court is respectfully directed to close the open motions at docket entries 8, 45, and 46.

IT IS HEREBY FURTHER ORDERED that the Court will hold a status conference in this matter at **11:00 a.m. on April 21, 2017** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  In advance of the status conference, by **April 12, 2017**, the parties are directed to submit a joint preconference letter of not more than

five pages to the Court, summarizing succinctly the procedural history of this case and their proposed path forward.

    IT IS HEREBY FURTHER ORDERED that by **April 12, 2017** the parties are directed to provide Chambers with courtesy copies of the transcripts of the prior proceedings in the Northern District of Texas and the Defendants' Motions to Dismiss the First Amended Complaint, Dkts. 124 and 133.  Courtesy copies should be prepared in accordance with the Undersigned's Individual Rules of Practice in Civil Cases, which are available at

http://www.nysd.uscourts.gov/judge/Caproni.

**SO ORDERED.**

Date:  **March 30, 2017**  
        **New York, NY**

_____  
**VALERIE CAPRONI**  
**United States District Judge**