USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/24/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
EXXON MOBIL CORPORATION,                                     :
                                                             :
                                    Plaintiff,               :
                                                             :            17-CV-2301 (VEC)
                        -against-                            :
                                                             :                ORDER
                                                             :
ERIC TRADD SCHNEIDERMAN, Attorney                            :
General of New York, in his official capacity,               :
and MAURA TRACY HEALEY, Attorney                             :
General of Massachusetts, in her official                    :
capacity,                                                    :
                                    Defendants.              :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a status conference in the above-captioned matter on April 21, 2017;

IT IS HEREBY ORDERED that the Defendants' pending motions to dismiss, Dkts. 124, 133, are DENIED WITHOUT PREJUDICE.

IT IS HEREBY FURTHER ORDERED that by **May 19, 2017**, the Defendants may renew their motions to dismiss on the following grounds: (i) personal jurisdiction, (ii) ripeness, (iii) abstention pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), and (iv) collateral estoppel and *res judicata*.  Plaintiff's opposition(s) shall be due by **June 16, 2017**.[1]  Defendants' replies shall be due by **June 30, 2017**.

IT IS HEREBY FURTHER ORDERED that discovery shall remain stayed *sine die*.

---

[1]     The Court encourages Plaintiff to file a consolidated brief in opposition to the Defendants' motions to dismiss.  Plaintiff may, at an appropriate time, seek leave of the Court to file a consolidated responsive brief in excess of the otherwise applicable page limit.

The Clerk of the Court is respectfully directed to close the open motions at docket entries

124 and 133.

**SO ORDERED.**

**Date:   April 24, 2017**                                    _____
        **New York, NY**                                         **VALERIE CAPRONI**
                                          **United States District Judge**