```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
EXXON MOBIL CORPORATION,                    :
                                            :   No. 17-CV-2301 (VEC) (SN)
                Plaintiff,                  :
                                            :
        -against-                           :   ECF Case
                                            :
ERIC TRADD SCHNEIDERMAN, Attorney General   :
of New York, in his official capacity, and MAURA :   **DECLARATION OF**
TRACY HEALEY, Attorney General of Massachusetts, :   **LESLIE B. DUBECK**
in her official capacity,                   :
                                            :
                Defendants.                 :
                                            X
------------------------------------------------------------------
```

Leslie B. Dubeck hereby declares under penalty of perjury, *see* 28 U.S.C. § 1746:

1.  I am Counsel to Attorney General Eric T. Schneiderman, Attorney General of the State of New York.

2.  I submit this declaration based on personal knowledge, for the limited purpose of providing the Court with the attached appendix of exhibits, cited in the Memorandum of Law in Support of the New York Attorney General's Motion to Dismiss the Action Based on Certain Threshold Defenses, that are incorporated in or integral to the First Amended Complaint of plaintiff ExxonMobil Corp. or that establish the fact of related litigation and filings made therein. *See, e.g.*, *Roth v. Jennings*, 489 F.3d 499, 509 (2d Cir. 2007); *Kramer v. Time Warner Inc.*, 937 F.2d 767, 774 (2d Cir. 1991).

3.  Attached as Exhibit 1 is a true and correct copy of a document subpoena, dated November 4, 2015, issued by the New York Office of the Attorney General to ExxonMobil Corp., pursuant to sections 349 and 352 of New York's General Business Law and section 63(12) of New York's Executive Law. (App. 1–18.)

4.  Attached as Exhibit 2 is a true and correct copy of a document subpoena, dated

August 19, 2016, issued by the New York Office of the Attorney General to PricewaterhouseCoopers LLP, pursuant to section 352 of New York's General Business Law and section 63(12) of New York's Executive Law. (App. 19–37.)

5. Attached as Exhibit 3 is a true and correct copy of a set of written discovery demands and deposition notices served in this lawsuit by ExxonMobil Corp. on the New York Office of the Attorney General on November 16, 2016, replacing a substantively similar set of discovery subpoenas previously served on November 4, 2016. (App. 38–90.)

6. Attached as Exhibit 4 is a true and correct copy of a Proposed Order to Show Cause, filed on October 14, 2016, in *People ex rel. Schneiderman v. PricewaterhouseCoopers LLP & Exxon Mobil Corp.*, Index No. 451962/2016 (Sup. Ct. N.Y. County) (*People v. PwC & Exxon*). (App. 91–93.)

7. Attached as Exhibit 5 is a true and correct copy of a letter from ExxonMobil Corp. to the Honorable Barry R. Ostrager, dated October 17, 2016, filed in *People v. PwC & Exxon.* (App. 94–95.)

8. Attached as Exhibit 6 is a true and correct copy of the so-ordered transcript of a hearing held on October 24, 2016, in *People v. PwC & Exxon*. (App. 96–162.)

9. Attached as Exhibit 7 is a true and correct copy of a Decision and Order, dated October 26, 2016, entered in *People v. PwC & Exxon.* (App. 163–167.)

10. Attached as Exhibit 8 is a true and correct copy of an Order to Show Cause, dated November 15, 2016, entered in *People v. PwC & Exxon.* (App. 168–170.)

11. Attached as Exhibit 9 is a true and correct copy of Exxon Mobil Corp.'s Corrected Memorandum of Law in Opposition to the Attorney General's Motion to Compel Compliance with an Investigative Subpoena, dated November 18, 2016, filed in *People v. PwC & Exxon.* (App. 171–195.)

12. Attached as Exhibit 10 is a true and correct copy of the so-ordered transcript of a hearing held on November 21, 2016, in *People v. PwC & Exxon*. (App. 196–221.)

13. Attached as Exhibit 11 is a true and correct copy of a letter from ExxonMobil Corp. to the Honorable Barry R. Ostrager, dated December 5, 2016, filed in *People v. PwC & Exxon.* (App. 222–229.)

14. Attached as Exhibit 12 is a true and correct copy of the so-ordered transcript of a hearing held on December 9, 2016, in *People v. PwC & Exxon*. (App. 230–257.)

15. Attached as Exhibit 13 is a true and correct copy of the so-ordered transcript of a hearing held on January 9, 2017, in *People v. PwC & Exxon*. (App. 258–276.)

16. Attached as Exhibit 14 is a true and correct copy of a letter from ExxonMobil Corp. to the Honorable Barry R. Ostrager, dated March 16, 2017, filed in *People v. PwC & Exxon.* (App. 277–281.)

17. Attached as Exhibit 15 is a true and correct copy of the transcript of a hearing held on March 22, 2017, in *People v. PwC & Exxon*. (App. 282–316.)

I declare that the foregoing is true and correct.

Dated: New York, New York
      May 19, 2017

                                                      /s/ Leslie B. Dubeck
                                                      Leslie B. Dubeck