IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>ERIC TRADD SCHNEIDERMAN, Attorney General of New York, in his official capacity, and MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity,<br><br>*Defendants.* | No. 1:17-cv-02301-VEC<br><br>**MOTION OF DAVID J. HACKER FOR ADMISSION *PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, DAVID J. HACKER hereby moves this Honorable Court for an Order of admission to practice *Pro Hac Vice* and appear as counsel for *Amici* Texas and other States in the above-captioned action (as transferred from the United States District Court for the Northern District of Texas to the United States District Court for the Southern District of New York, Manhattan Division by Order signed March 29, 2017).

  I am in good standing with the bars of the States of Texas, California, and Illinois (inactive). I am also admitted to practice and am in good standing with several United States District Courts, Courts of Appeals, and the Supreme Court of the United States of America. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit stating the same as required by Local Rule 1.3. I am also attaching to this Motion a Certificates of Good Standing, issued within the last 30 days, from the States of Texas, California, and Illinois.

My contact information is:

David J. Hacker
Senior Counsel
david.hacker@oag.texas.gov
Office of Special Litigation
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
Tel: 512-936-1414
Fax: 512-936-0545

For the foregoing reasons, I respectfully request that the Court grant this Motion and allow me to practice *pro hac vice* in this matter.

Dated: May 22, 2017.          Respectfully Submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY D. STARR
Deputy First Assistant Attorney General

MICHAEL TOTH
Special Counsel to the First
    Assistant Attorney General

ANDREW D. LEONIE, III
Associate Deputy Attorney General

AUSTIN R. NIMOCKS
Associate Deputy Attorney General

*/s/David J. Hacker*
DAVID J. HACKER
Senior Counsel
State Bar of Texas No. 24103323
david.hacker@oag.texas.gov

JOEL STONEDALE
Counsel

Office of Special Litigation
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
Tel: 512-936-1414
Fax: 512-936-0545

ATTORNEYS FOR TEXAS
AS PROPOSED *AMICI CURIAE*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the electronic case filing (CM/ECF) system, which I understand to have caused service on all counsel of record.

                                      */s/David J. Hacker*
                                      DAVID J. HACKER