UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
EXXON MOBIL CORPORATION,

                Plaintiff,

    -against-

ERIC TRADD SCHNEIDERMAN, Attorney General of
New York, in his official capacity, and MAURA
TRACY HEALEY, Attorney General of Massachusetts,
in her official capacity,

                Defendants.
-------------------------------------------------------------------- X

No. 17-CV-2301 (VEC) (SN)

ECF Case

**REPLY DECLARATION OF LESLIE B. DUBECK**

Leslie B. Dubeck hereby declares under penalty of perjury, *see* 28 U.S.C. § 1746:

1. I am Counsel to Attorney General Eric T. Schneiderman, Attorney General of the State of New York.

2. I submit this declaration based on personal knowledge, for the limited purpose of providing the Court with the attached appendix of exhibits, cited in the Reply Memorandum of Law in Further Support of the New York Attorney General's Motion to Dismiss the Action Based on Certain Threshold Defenses, that establish the fact of related litigation and statements made therein. *See, e.g.*, *Roth v. Jennings*, 489 F.3d 499, 509 (2d Cir. 2007); *Kramer v. Time Warner Inc.*, 937 F.2d 767, 774 (2d Cir. 1991).

3. Attached as Exhibit 1 is a true and correct copy of Exxon Mobil Corp.'s (Exxon's) Brief in Support of Its Motion to Quash and for a Protective Order, filed on May 19, 2017, in *People ex rel. Schneiderman v. PricewaterhouseCoopers LLP & Exxon Mobil Corp.*, Index No. 451962/2016 (Sup. Ct. N.Y. County) (*People v. PwC & Exxon*). (App. 317–347.)

4. Attached as Exhibit 2 is a true and correct copy of a document subpoena, dated May 8, 2017, issued by the New York Office of the Attorney General to Exxon, pursuant to section 352 of New York's General Business Law and section 63(12) of New York's Executive Law, included as Exhibit T to Exxon's above-referenced filing. (App. 348–370.)

5. Attached as Exhibit 3 is a true and correct copy of a Memorandum of Law in Opposition to Exxon's Motion to Quash and in Support of the Office of the Attorney General's Cross-Motion to Compel, filed on June 2, 2017, in *People v. PwC & Exxon*. (App. 371–400.)

6. Attached as Exhibit 4 is a true and correct copy of Exxon's Opposition to the Attorney General's Motion to Compel and Reply in Support of Its Motion to Quash, filed on June 9, 2017, in *People v. PwC & Exxon*. (App. 401–430.)

7. Attached as Exhibit 5 is a true and correct copy of a Reply Memorandum of Law in Further Support of the Office of the Attorney General's Cross-Motion to Compel, filed on June 14, 2017, in *People v. PwC & Exxon*. (App. 431–455.)

8. Attached as Exhibit 6 is a true and correct copy of the so-ordered transcript of a hearing held on June 16, 2017, in *People v. PwC & Exxon*. (App. 456–556.)

9. All non-sealed exhibits to the court filings comprising Exhibits 1, 3, and 4 to this declaration are publicly accessible via the New York State Unified Court System online docket, at https://iappscontent.courts.state.ny.us/NYSCEF/live/unrepresented/HomePage.html.

I declare that the foregoing is true and correct.

Dated: New York, New York
June 30, 2017

_____
Leslie B. Dubeck