

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

**BY ECF**

August 1, 2017

Hon. Valerie E. Caproni
United States District Judge
United States District Court for the
   Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 240
New York, NY 10007

      Re: *Exxon Mobil Corp.* v. *Healey & Schneiderman*, 17-cv-02301-VEC

Dear Judge Caproni:

      I write to notify the Court of recent events in Exxon Mobil Corporation's ("Exxon") Massachusetts state court appeal of the Massachusetts Superior Court order denying Exxon's motion to set aside Attorney General Healey's Civil Investigative Demand ("CID") and granting Attorney General Healey's motion to compel Exxon's compliance with the CID.

      The parties completed briefing in the Massachusetts Appeals Court in June; in support of Attorney General Healey, all living former Massachusetts Attorneys General filed an amicus brief in the case.

      On July 28, 2017, pursuant to Massachusetts Rule of Appellate Procedure 11(f), the Massachusetts Supreme Judicial Court ordered, *sua sponte*, that the appeal be transferred to it from the Massachusetts Appeals Court. Oral argument has not yet been scheduled.

      By ensuring a single appellate proceeding before the Massachusetts Supreme Judicial Court, without need for any further proceedings before the Massachusetts Appeals Court, the July 28 transfer order further advances Exxon's fully briefed appeal toward its final resolution and provides additional support for abstention by this Court. *See* Mem. in Support of Attorney General Healey's Renewed Mot. to Dismiss First Amended Compl. (Doc No. 217) at 18-19.

Hon. Valerie E. Caproni Page 2
August 1, 2017
Re: *Exxon Mobil Corp.* v. *Healey & Schneiderman*, 17-cv-02301-VEC

                                           /s/ Richard A. Johnston
                                           Richard A. Johnston
                                           Chief Legal Counsel
                                           Massachusetts Attorney General's Office
                                           1 Ashburton Place, 20th Floor
                                           Boston, MA 02108
                                           (617) 963-2028
                                           richard.johnston@state.ma.us
                                           *Counsel for Defendant Maura T. Healey*

cc:      Counsel of record, *via ECF*