**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS    (1927-1950)
JOHN F. WHARTON    (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                    ROBERTO J. GONZALEZ
J. STEVEN BAUGHMAN               JONATHAN S. KANTER
CRAIG A. BENSON                  MARK F. MENDELSOHN
JOSEPH J. BIAL                   JANE B. O'BRIEN
PATRICK S. CAMPBELL              ALEX YOUNG K. OH
CHARLES E. DAVIDOW               CHARLES F. "RICK" RULE
ANDREW J. FORMAN                 JOSEPH J. SIMONS
KENNETH A. GALLO

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*               PATRICK N. KARSNITZ*
EDWARD T. ACKERMAN*              JOHN C. KENNEDY*
JACOB A. ADLERSTEIN*             BRIAN KIM*
ALLAN J. ARFFA*                  DAVID M. KLEIN*
ROBERT A. ATKINS*                ALAN W. KORNBERG*
SCOTT A. BARSHAY*                DANIEL J. KRAMER*
JOHN F. BAUGHMAN*                DAVID K. LAKHDHIR*
LYNN B. BAYARD*                  STEPHEN P. LAMB*
MITCHELL L. BERG*                JOHN E. LANGE*
MARK S. BERGMAN*                 GREGORY F. LAUFER*
DAVID M. BERNICK*                BRIAN C. LAVIN*
BRUCE BIRENBOIM*                 DANIEL J. LEFFELL*
H. CHRISTOPHER BOEHNING*         XIAOYU GREG LIU*
ANGELO BONVINO*                  JEFFREY D. MARELL*
JAMES L. BROCHIN*                MARCO V. MASOTTI*
DAVID W. BROWN*                  EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*              DAVID W. MAYO*
JESSICA S. CAREY*                ELIZABETH R. McCOLM*
JEANETTE K. CHAN*                ALVARO MEMBRILLERA*
GEOFFREY R. CHEPIGA*             CLAUDINE MEREDITH-GOUJON*
ELLEN N. CHING*                  WILLIAM B. MICHAEL*
WILLIAM A. CLAREMAN*             JUDIE NG SHORTELL*
LEWIS R. CLAYTON*                CATHERINE NYARADY*
JAY COHEN                        BRAD R. OKUN*
KELLEY A. CORNISH*               KELLEY D. PARKER*
CHRISTOPHER J. CUMMINGS*         VALERIE E. RADWANER*
THOMAS V. DE LA BASTIDE III*     CARL L. REISNER*
ARIEL J. DECKELBAUM*             LORIN L. REISNER*
ALICE BELISLE EATON*             WALTER G. RICCIARDI*
ANDREW J. EHRLICH*               WALTER RIEMAN*
GREGORY A. EZRING*               RICHARD A. ROSEN*
LESLIE GORDON FAGEN              ANDREW N. ROSENBERG*
ROSS A. FIELDSTON*               JACQUELINE P. RUBIN*
BRAD J. FINKELSTEIN*             RAPHAEL M. RUSSO*
BRIAN P. FINNEGAN*               ELIZABETH M. SACKSTEDER*
ROBERTO FINZI*                   JEFFREY D. SAFERSTEIN*
PETER E. FISCH*                  JEFFREY B. SAMUELS*
ROBERT C. FLEDER*                DALE M. SARRO
MARTIN FLUMENBAUM*               TERRY E. SCHIMEK*
ANDREW J. FOLEY*                 KENNETH M. SCHNEIDER*
HARRIS B. FREIDUS*               ROBERT B. SCHUMER*
MANUEL S. FREY*                  JOHN M. SCOTT*
ANDREW L. GAINES*                STEPHEN J. SHIMSHAK*
MICHAEL E. GERTZMAN*             DAVID R. SICULAR*
ADAM M. GIVERTZ*                 MOSES SILVERMAN
SALVATORE GOGLIORMELLA*          STEVEN SIMKIN*
NEIL GOLDMAN*                    AUDRA J. SOLOWAY*
CATHERINE L. GOODALL*            SCOTT M. SONTAG*
ERIC GOODISON*                   TARUN M. STEWART*
CHARLES H. GOOGE, JR.*           ERIC ALAN STONE*
ANDREW G. GORDON*                AIDAN SYNNOTT*
UDI GROFMAN*                     RICHARD C. TARLOWE*
NICHOLAS GROOMBRIDGE*            MONICA K. THURMOND*
BRUCE A. GUTENPLAN*              DANIEL J. TOAL*
GAINES GWATHMEY, III*            LIZA M. VELAZQUEZ*
ALAN S. HALPERIN*                LAWRENCE G. WEE*
JUSTIN G. HAMILL*                THEODORE V. WELLS, JR.*
CLAUDIA HAMMERMAN*               STEVEN J. WILLIAMS*
BRIAN S. HERMANN*                LAWRENCE I. WITDORCHIC*
MICHELE HIRSHMAN*                MARK B. WLAZLO*
MICHAEL S. HONG*                 JULIA T.M. WOOD*
DAVID S. HUNTINGTON*             JENNIFER H. WU*
AMRAN HUSSEIN*                   BETTY YAP*
LORETTA A. IPPOLITO*             JORDAN E. YARETT*
JAREN JANGHORBANI*               KAYE N. YOSHINO*
BRIAN M. JANSON*                 TONG YU*
JEH C. JOHNSON                   TRACEY A. ZACCONE*
MEREDITH J. KANE*                TAURIE M. ZEITZER*
ROBERTA A. KAPLAN*               T. ROBERT ZOCHOWSKI, JR.*
BRAD S. KARP*

*NOT AN ACTIVE MEMBER OF THE DC BAR

WRITER'S DIRECT DIAL NUMBER

202-223-7321

WRITER'S DIRECT FACSIMILE

202-204-7393

WRITER'S DIRECT E-MAIL ADDRESS

janderson@paulweiss.com

August 3, 2017

**Via ECF and Hand**

Hon. Valerie E. Caproni
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 443
New York, NY  10007-1312

Re: *Exxon Mobil Corp.* v. *Healey & Schneiderman*, 17-cv-2301-VEC

Dear Judge Caproni:

We write on behalf of Exxon Mobil Corporation ("ExxonMobil") in response to the letter submitted by the Office of the Massachusetts Attorney General on August 1, 2017.  (ECF No. 236.)  The Attorney General's letter notified this Court that the Massachusetts Supreme Judicial Court recently elected to consider on direct appellate review the Massachusetts Superior Court's decision to enforce the Attorney General's Civil Investigative Demand ("CID"), notwithstanding the absence of personal jurisdiction over ExxonMobil.

Contrary to the position taken by the Massachusetts Attorney General, this procedural development in no way supports its request for abstention under the "extraordinary and narrow" doctrine of *Colorado River Water Conservation Dist.* v. *United States*, 424 U.S. 800, 813 (1976).  Direct appellate review will allow Massachusetts's highest court to adjudicate the significant jurisdictional defects in the order compelling ExxonMobil's compliance with the CID, a question well-suited for

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Valerie E. Caproni						2

resolution by the high court.[1]  But it will not further the "comprehensive disposition" of ExxonMobil's federal constitutional claims, which are not at issue in that action.  *See Woodford* v. *Cmty. Action Agency of Greene Cnty., Inc.*, 239 F.3d 517, 522 (2d Cir. 2001).

The federal constitutional claims ExxonMobil asserts in this case are not raised in the appeal now pending before the Massachusetts Supreme Judicial Court.  Nor were they asserted in or adjudicated by the Massachusetts Superior Court, which expressly held that it would "not address Exxon's arguments regarding free speech." (ECF No. 227-41, Ex. OO at 9 n.2.)  As amici in this action contend, ExxonMobil has submitted prima facie evidence that "Defendants' actions constitute unlawful viewpoint discrimination," which warrant further exploration by this Court.  (ECF No. 230-1 at 17.)

Respectfully submitted,

s/ Justin Anderson
Justin Anderson

cc:	All Counsel of Record (via ECF)

---

[1] In Massachusetts, Direct Appellate Review is appropriate where an appeal presents: (1) "questions of first impression or novel questions of law"; (2) "questions of law concerning the Constitution of the Commonwealth or . . . the Constitution of the United States"; or (3) "questions of such public interest that justice requires a final determination by the full Supreme Judicial Court."  *See* Direct Appellate Review, Mass.gov, http://www.mass.gov/courts/court-info/appealscourt/appeals-court-help-center/direct-appellate-review.html; *see also* Mass. R. App. P. 11(a).