USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   EXXON MOBIL CORPORATION,

                              Plaintiff,

                    -against-

   ERIC TRADD SCHNEIDERMAN, Attorney
   General of New York, in his official capacity,
   and MAURA TRACY HEALEY, Attorney
   General of Massachusetts, in her official
   capacity,
                            Defendants.
-------------------------------------------------------------- X

17-CV-2301 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the Court will hold oral argument in respect of the Defendants' motions to dismiss the Amended Complaint on certain threshold grounds at **11:00 a.m. on November 30, 2017**.

**SO ORDERED.**

Date: November 13, 2017
      New York, NY

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**