UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC TRADD SCHNEIDERMAN, Attorney General of New York, in his official capacity, and MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity,<br><br>　　　　　Defendants. | No. 17-CV-2301 (VEC) (SN) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the memorandum of law accompanying this Notice of Motion, the declaration accompanying this Notice of Motion, which attaches the proposed Second Amended Complaint ("SAC") and the proposed Appendix to the SAC, plaintiff Exxon Mobil Corporation ("ExxonMobil") moves this Court, before the Honorable Valerie E. Caproni, United States District Judge, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, granting leave to amend plaintiff ExxonMobil's First Amended Complaint.

The basis for the motion is set forth in the accompanying memorandum of law and supported by the declaration in support of the motion, which attaches the proposed SAC and proposed SAC Appendix.

1

Dated: January 12, 2018

EXXON MOBIL CORPORATION

By: /s/ Theodore V. Wells, Jr.
Theodore V. Wells, Jr.
twells@paulweiss.com
Daniel J. Toal
dtoal@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
Fax: (212) 757-3990

Justin Anderson
janderson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington, D.C. 20006-1047
(202) 223-7300
Fax: (202) 223-7420

Patrick J. Conlon
patrick.j.conlon@exxonmobil.com
Daniel E. Bolia (*pro hac vice*)
daniel.e.bolia@exxonmobil.com
1301 Fannin Street
Houston, TX 77002
(832) 624-6336

Nina Cortell (*pro hac vice*)
nina.cortell@haynesboone.com
HAYNES & BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
(214) 651-5579
Fax: (214) 200-0411

Ralph H. Duggins (*pro hac vice*)
rduggins@canteyhanger.com
Philip A. Vickers (*pro hac vice*)
pvickers@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2800
Fax: (817) 877-2807

*Counsel for Exxon Mobil Corporation*