UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>ERIC TRADD SCHNEIDERMAN,<br>Attorney General of New York, in his<br>official capacity, and MAURA TRACY<br>HEALEY, Attorney General of<br>Massachusetts, in her official capacity.<br><br>                    Defendants. | § § § § § § § § § § § § § § § | No. 17-CV-2301 (VEC) (SN) |

## DECLARATION OF JUSTIN ANDERSON

I, Justin Anderson, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Exxon Mobil Corporation ("ExxonMobil") in the above-captioned matter.

2. I submit this declaration in support of ExxonMobil's Motion for Leave to File a Second Amended Complaint.

3. Attached to this declaration as Exhibit A is ExxonMobil's proposed Second Amended Complaint.

4. Attached to this declaration as Exhibit B is a proposed Appendix of Exhibits to ExxonMobil's proposed Second Amended Complaint.

5. Attached to this declaration as Exhibit C is a redlined document

1

2

comparing ExxonMobil's First Amended Complaint with the proposed Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on January 12, 2018.

_____
Justin Anderson