UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXXON MOBIL CORPORATION,

                        Plaintiff,

- against -

ERIC TRADD SCHNEIDERMAN, ATTORNEY GENERAL OF NEW YORK, IN HIS OFFICIAL CAPACITY, AND MAURA TRACY HEALEY, ATTORNEY GENERAL OF MASSACHUSETTS, IN HER OFFICIAL CAPACITY,

                        Defendants.

No. 17-cv-02301 (VEC) (SN)

**NOTICE OF APPEAL**

       Notice is hereby given that Plaintiff Exxon Mobil Corporation appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on March 30, 2018 (ECF No. 266), and from the Opinion and Order entered in this action on March 29, 2018 (ECF No. 265), granting the motions to dismiss of New York Attorney General Eric Schneiderman and Massachusetts Attorney General Maura Healey.  Copies of the Judgment (Exhibit A) and the Opinion and Order (Exhibit B) are attached to this Notice.

Dated:  April 20, 2018

Respectfully submitted,

| | |
|---|---|
| By: /s/ Theodore V. Wells, Jr.<br>Theodore V. Wells, Jr.<br>twells@paulweiss.com<br>Daniel J. Toal<br>dtoal@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>Fax: (212) 757-3990<br><br>Justin Anderson<br>janderson@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>2001 K Street, NW<br>Washington, D.C. 20006-1047<br>(202) 223-7300<br>Fax: (202) 223-7420 | Patrick J. Conlon<br>patrick.j.conlon@exxonmobil.com<br>Daniel E. Bolia (*pro hac vice*)<br>daniel.e.bolia@exxonmobil.com<br>EXXON MOBIL CORPORATION<br>1301 Fannin Street<br>Houston, TX 77002<br>(832) 624-6336<br><br>Nina Cortell (*pro hac vice*)<br>nina.cortell@haynesboone.com<br>HAYNES & BOONE, LLP<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>(214) 651-5579<br>Fax: (214) 200-0411<br><br>Ralph H. Duggins (*pro hac vice*)<br>rduggins@canteyhanger.com<br>Philip A. Vickers (*pro hac vice*)<br>pvickers@canteyhanger.com<br>CANTEY HANGER LLP<br>600 West 6th Street, Suite 300<br>Fort Worth, TX 76102<br>(817) 877-2800<br>Fax: (817) 877-2807 |

*Counsel for Exxon Mobil Corporation*