**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
EXXON MOBIL CORPORATION,                :
                                                                       :
                      Plaintiff,                    :
                                                                       :
   -against-                                           :
                                                                       :   No. 17-CV-2301 (VEC) (SN)
                                                                       :
ERIC TRADD SCHNEIDERMAN, Attorney   :   **[PROPOSED] ORDER**
General of New York, in his official capacity, and   :   **GRANTING PROTECTIVE**
MAURA TRACY HEALEY, Attorney General of   :   **ORDER**
Massachusetts, in her official capacity,           :
                                                                       :
                    Defendants.              :
---------------------------------------------------------------X

The motion of non-party movant Carroll Muffett for a protective order against the subpoena issued by Plaintiff Exxon Mobil Corporation is **GRANTED**.

**IT IS HEREBY ORDERED** that this subpoena shall not be enforced and that Mr. Muffett is not subject to discovery in this case until further order of this Court.

**IT IS FURTHER ORDERED** that Exxon Mobil shall pay Mr. Muffett's reasonable expenses in making this motion, including attorneys' fees.


Dated: _____          _____
                                                                             United States District/Magistrate Judge